# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128454

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

YOUNG & YOUNG, L.L.C.,
        Plaintiff-Appellee,

v

                                      SC: 128454
                                      COA: 251359
                                      Kalamazoo CC: 02-000381-CH

NICHOLAS DENNANY,
        Defendant-Appellant,

and

TERESA L. DENNANY,
        Non-Participating Defendant.
_____/

        On order of the Court, the application for leave to appeal the February 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

d0919

Clerk